# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NANCY WALDENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 4:18-CV-00116-BMM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE FOR THE NOVEMBER 7, 2018 PRELIMINARY PRETRIAL CONFERENCE** |

This matter comes before the Court on Defendant Wells Fargo Bank, N.A.'s Unopposed Motion to Appear by Telephone for the November 7, 2018 Preliminary Pretrial Conference. This Court, having reviewed the Motion and being fully apprised of the matters at issue, ORDERS as follows:

ALL PARTIES will appear by telephone for the November 7, 2018 Preliminary Pretrial Conference. The Court will contact the parties with the call in number.

DATED this 17th day of October, 2018.

Brian Morris
United States District Court Judge