IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NANCY WALDENBERG,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant | CV-18-116-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled. (Doc. 19.)

Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED** and all motions **TERMINATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **September 3, 2019**, or show good cause for their failure to do so.

DATED this 14th day of August, 2019.

Brian Morris
United States District Court Judge