# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NANCY WALDENBERG, | |
| Plaintiff, | CV-18-116-BMM |
| vs. | |
| WELLS FARGO BANK, N.A., | **ORDER** |
| Defendant. | |

Upon consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear their own costs and fees.

DATED this 17th day of September, 2019.

_____
Brian Morris
United States District Court Judge